IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, ) <br> LABORERS' WELFARE FUND OF THE ) <br> HEALTH AND WELFARE DEPARTMENT ) <br> OF THE CONSTRUCTION AND GENERAL ) <br> LABORERS' DISTRICT COUNCIL OF ) <br> CHICAGO AND VICINITY, THE CHICAGO ) <br> LABORERS' DISTRICT COUNCIL RETIREE ) <br> HEALTH AND WELFARE FUND, ) <br> CATHERINE WENSKUS, not individually but ) <br> as Administrator of the Funds, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> SEWER RAT CONTRACTORS, LLC, an ) <br> Illinois corporation and SEWER RAT ) <br> UNDERGROUND, LLC corporation ) <br> ) <br> Defendants. ) | Case No. 25 cv 4778 <br><br> Judge Gottschall |

## PLAINTIFFS' INITIAL STATUS REPORT

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (herein after referred to as the "Funds,") by their attorney, Amy Carollo, and hereby submit the Plaintiffs' Status Report Pursuant to the Court's September 11, 2025 order. In support of this Report, the Funds state as follows:

1. The Court found Sewer Rat Contractors, LLC and Sewer Rat Underground, LLC in default on August 4, 2025. *See* Docket No. 22.

      2.      On August 27, 2025, the Court granted the Funds leave to issue third-party subpoenas. *See* Docket No. 25.

      3.      Third-party subpoenas were issued on August 28, 2025. The answers are due on September 29, 2025.

      4.      The Defendants submitted some books and records on September 3, 2025. Additional documents are needed to complete the audit. On September 4, 2025, Plaintiffs' Counsel informed Defendants of what documents still needed to be produced. As of filing this Status Report, Plaintiffs have not received the needed documents.

September 15, 2025

Respectfully submitted,
Laborers' Pension Fund, et al.

By: /s/ Amy Carollo

Office of Fund Counsel
Laborers Pension and Welfare Funds
11465 W. Cermak Rd.
Westchester, IL 60154

**CERTIFICATE OF SERVICE**

The undersigned attorney of record certifies that she caused a copy of the foregoing Plaintiffs' Initial Status Report to be served upon the following person via U.S. First Class Mail, postage prepaid on this 15th day of September, 2025.

Sewer Rat Underground, LLC
Sewer Rat Contractors, LLC
c/o Inc. Authority RA, Registered Agent
444 N. Michigan Ave.
Chicago, IL 60611

Sewer Rat Underground, LLC
Sewer Rat Contractors, LLC
c/o Juana Reyes, Member
2201 Melrose Ave.
Waukegan, IL 60085