IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND, | ) | |
| LABORERS' WELFARE FUND OF THE | ) | |
| HEALTH AND WELFARE DEPARTMENT | ) | |
| OF THE CONSTRUCTION AND GENERAL | ) | Case No. 25 cv 4778 |
| LABORERS' DISTRICT COUNCIL OF | ) | |
| CHICAGO AND VICINITY, THE CHICAGO | ) | Judge Gottschall |
| LABORERS' DISTRICT COUNCIL RETIREE | ) | |
| HEALTH AND WELFARE FUND, | ) | |
| CATHERINE WENSKUS, not individually but | ) | |
| as Administrator of the Funds, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| SEWER RAT CONTRACTORS, LLC, an | ) | |
| Illinois corporation and SEWER RAT | ) | |
| UNDERGROUND, LLC corporation | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENTRY OF JUDGMENT IN SUM CERTAIN**

Now come Plaintiffs, Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and the Chicago Laborers' District Council Retiree Health and welfare Fund, and Catherine Wenskus, as Administrator of the Funds (collectively referred to hereinafter as the "Funds"), by and through their attorney, Amy Carollo, and hereby move this Court for an entry of judgment in sum certain against Sewer Rat Contractors, LLC and Sewer Rat Underground, LLC (collectively "Sewer Rat" or the "Company" herein). In support of this Motion, Plaintiffs state as follows:

1. The Court found Sewer Rat Contractors, LLC and Sewer Rat Underground, LLC in default on August 4, 2025. *See* Docket No. 22.

2. The Funds conducted an audit of Sewer Rat's books and records for the period of October 1, 2021 through December 31, 2023.

3. The audit was conducted, issued, and sent to Defendants on November 25, 2025 for review. The Funds requested that all challenges, with the supporting documentation, to be provided to Funds' Counsel by December 17, 2025. To date, Sewer Rat failed to provide any challenges to the Audit. *See* Declaration of Amy Carollo, attached as Exhibit A, ¶6.

4. The Funds also sent declarations to the employees included on the audit that did not have a laboring work history; the declarations asked those employees to detail their job duties. The declarations were due December 23, 2025. *See* Declaration of Joe Gilleran, attached as Exhibit B, ¶10.

5. Based on the returned employees' declarations, the audit was revised. The revised audit only includes Sewer Rat employees that have laboring histories or indicated on their declaration that they performed covered work. *See* Exhibit B, ¶11.

6. Pursuant to Section 502(g)(2) of the Employee Retirement Income Security Act ("ERISA"), as amended, 29 U.S.C. § 1132(g)(2), Section 301 of the Labor Management Relations Act ("LMRA"), as amended, 29 U.S.C. §185, the Agreement, Federal Common Law, and the Funds' respective Agreements and Declarations of Trust, the Funds are entitled to judgment in the amount of $24,786.59 against Sewer Rat, as follows:

    a. $19,023.09 on the audit for the period of October 1, 2021 through December 31, 2023. *See* Exhibit B, ¶12.

   b.  As set forth in the Declaration of Amy Carollo filed contemporaneously herewith and attached hereto as Exhibit A, $5,763.50 in attorneys' fees and costs expended in this matter.

WHEREFORE, Plaintiffs respectfully request that the Court:

   A.  Enter Judgment in Plaintiffs' favor and against Sewer Rat Underground, LLC and Sewer Rat Contractors, LLC, in the amount of $24,786.59 and

   B.  Order Sewer Rat Underground, LLC and Sewer Rat Contractors, LLC to pay post judgment interest in all amounts due from the date of the judgment until the judgment is satisfied.

January 30, 2026

Respectfully submitted,
Laborers' Pension Fund, et al.
By: /s/ Amy Carollo

Amy Carollo
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

3

**CERTIFICATE OF SERVICE**

The undersigned attorney of record certifies that she caused a copy of the foregoing Plaintiffs' Motion for Judgment in Sum Certain to be served upon the following entities U.S. Postal Service on this 30th day of January, 2026.

Sewer Rat Underground, LLC
Sewer Rat Contractors, LLC
c/o Juana Reyes, Member
2201 Melrose Ave.
Waukegan, IL 60085

/s/ Amy Carollo